IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| VICTOR CASTRO AND ZENAIDA CASTRO<br>Plaintiffs, | § § § § | |
| v. | § § | CIVIL ACTION NO. 7:16-cv-00579<br>JURY DEMANDED |
| PALOMAR SPECIALTY INSURANCE COMPANY AND RICHARD BARKKUME,<br>Defendants | § § § § § § | |

## AGREED STIPULATION OF DISMISSAL FOR PLAINTIFFS

Plaintiffs and Defendants Palomar Specialty Insurance Company and Richard Barkkume file this stipulation of dismissal under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

1. Plaintiffs are Victor Castro and Zenaida Castro, Defendants are Palomar Specialty Insurance Company and Richard Barkkume.

2. On August 10, 2016, Plaintiffs sued Defendants in the County Court At Law #1, Hidalgo County, Texas, Cause No. CL-163151-A. On September 26, 2016, Palomar Specialty Insurance Company and Richard Barkkume filed their Original Answers. On September 30, 2016, Palomar Specialty Insurance Company and Richard Barkkume filed their Notice of Removal.

3. On or about January 19, 2017, the parties settled this case. As a result of this settlement, all issues in the above-styled and numbered litigation have been fully and finally settled. Plaintiffs now move to dismiss the suit against Defendant.

4. Defendants agree to the dismissal.

5. This case is not a class action under Federal Rule of Civil Procedure 23, a derivative action under Rule 23.1, or an action related to an unincorporated association under Rule 23.2.

6. A receiver has not been appointed in this case.

7. This case is not governed by any federal statute that requires a court order for dismissal of the case.

8. Plaintiffs have not previously dismissed any federal- or state-court suit based on or including the same claims as those presented in this case.

9. This dismissal is with prejudice.

        Respectfully submitted

        By: /s/ Mikell A. West
        Mikell A. West
        Attorney-in-charge
        State Bar No. 24070832
        Southern Dist. No. 1563058
        P.O. Box 6666
        Corpus Christi, Texas 78466
        Telephone: (361) 654-7008
        Fax: (361) 654-7001
        mwest@gnqlawyers.com

**ATTORNEY FOR DEFENDANTS PALOMAR SPECIALTY INSURANCE COMPANY AND RICHARD BARKKUME**

*Of counsel:*
GAULT, NYE & QUINTANA, L.L.P.
P.O. Box 5959
Brownsville, Texas 78523
Telephone (956) 544-7110
Fax: (956) 544-0607

William Gault
State Bar No. 07765050
Southern Dist. No.14685
bgault@gnqlawyers.com

GAULT, NYE & QUINTANA, L.L.P.
P.O. Box 6666
Corpus Christi, Texas, 78466
Telephone: (361) 654-7008
Fax: (361) 654-7001

Thomas F. Nye
State Bar No. 15154025
Southern Dist. No. 7952
tnye@gnqlawyers.com

Donald W. Elliott, Jr.
State Bar No. 24097651
Southern Dist. No. 2783040
delliott@gnqlawyers.com

By:   /s/Cristobal M. Galindo*
Cristobal M. Galindo
State Bar No. 24026128
4151 Southwest Freeway, Suite 602
Houston, Texas 77027
Telephone:  (713) 228-3030
Telecopier:  (713) 228-3003
stormcase@galindolaw.com

**COUNSEL FOR PLAINTIFFS,
VICTOR CASTRO AND ZENAIDA
CASTRO**
*\*Signed with permission*

## CERTIFICATE OF SERVICE

I certify that on April 5, 2017, a copy of the parties' Agreed Stipulation of Dismissal was *electronically filed* on the CM/ECF system, and will be served on the following attorney in charge for Plaintiffs, Victor Castro and Zenaida Castro, via electronic filing or regular mail:

Cristobal M. Galindo
Cristobal M. Galindo Law Firm
Email: stormcase@galindolaw.com

**VIA E-FILING**

  /s/Mikell A. West
Mikell A. West

3